ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Raytheon Company and Raytheon Missile | ) ASBCA No. 60699 |
| Systems | ) |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
                                                            John W. F. Chesley, Esq.
                                                            Katherine J. King, Esq.
                                                              Gibson, Dunn & Crutcher LLP
                                                              Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                                              DCMA Chief Trial Attorney
                                                            Alexander M. Healy, Esq.
                                                              Trial Attorney
                                                              Defense Contract Management Agency
                                                              Hanscom AFB, MA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 14, 2021

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60699, Appeal of Raytheon Company and Raytheon Missile Systems, rendered in conformance with the Board's Charter.

Dated:  June 15, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals